UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 6, 2018

No. 18-1215

DEMOCRATIC NATIONAL COMMITTEE;
NEW JERSEY DEMOCRATIC STATE COMMITTEE;
VIRGINIA L. FEGGINS;
LYNETTE MONROE

v.

REPUBLICAN NATIONAL COMMITTEE;
NEW JERSEY REPUBLICAN STATE COMMITTEE;
ALEX HURTADO;
RONALD C. KAUFMAN;
JOHN KELLY

Democratic National Committee,

Appellant

(D.N.J. No. 2-81-cv-03876)

TO:  CLERK

1)    Motion by Appellant to Seal Portions of Appellant's Brief and the Joint Appendix

2)    Supplement to Motion to Seal by Appellee

Respectfully,
Clerk/eaf

_____ORDER_____

The foregoing motion to seal is resolved as follows:

1.  The motion to seal the identified portions of the Appellant's brief is denied as the information for which sealing is sought was discussed in open court.

2. The motion to seal the identified portions of the transcript of the September 29, 2017 telephone conference is denied as the entire transcript has been and continues to be available on the District Court docket.

3. The motion to seal JA 1485-88, 1501, 1511, 1513-25 is denied without prejudice. Although those pages remain sealed on the District Court docket, the parties did not file a motion to seal as directed by the District Court. If the parties seek to seal these items, then they shall file the appropriate motion with the District Court no later than fourteen days from the date of this order. The temporary sealing of those pages shall remain in place until the earlier of the date on which the District Court rules on the motion to seal (if such a motion is filed) or the deadline to file expires. If the District Court grants the motion to seal these pages, then the parties shall renew their motion to seal with this Court within fourteen days of the District Court's order and the temporary seal shall remain in place until the renewed motion before our Court is resolved. If no motion is filed by that date, then the motion filed with this Court shall be denied, the temporary seals shall be lifted, and the documents shall be deemed filed on the public docket. If the District Court denies the motion to seal, then those documents shall be deemed filed on the public docket absent an order reversing that ruling.

For the Court,

s/ Patricia Dodszuweit
Clerk

Dated: August 24, 2018
EAF/cc:       All Counsel of Record